| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Chicago South Loop Hotel Owner, LLC** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **14-1963821** |
| **4.** | **Debtor's address** | **Principal place of business**  **11W26th St**  **Chicago, IL 60616**  Number, Street, City, State & ZIP Code  **Cook**  County | **Mailing address, if different from principal place of business**  **105 W. Madison**  **Suite 1500**  **Chicago, IL 60602**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **Chicago South Loop Hotel Owner, LLC**     Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7011__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

Debtor **Chicago South Loop Hotel Owner, LLC**     Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
       Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.   Insurance agency _____
           Contact name _____
           Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **Chicago South Loop Hotel Owner, LLC**  Case number (*if known*) _____
    <sub>Name</sub>

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Chicago South Loop Hotel Owner, LLC**                                Case number (*if known*)
         Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 27, 2023**
              MM / DD / YYYY

**X /s/ Todd Hansen**                                            **Todd Hansen**
Signature of authorized representative of debtor                 Printed name

Title   **Manager**

**18. Signature of attorney**

**X /s/ Penelope N. Bach**                                       Date  **February 27, 2023**
Signature of attorney for debtor                                       MM / DD / YYYY

**Penelope N. Bach 06284659**
Printed name

**Bach Law Offices, Inc.**
Firm name

**P.O. Box 1285**
**Northbrook, IL 60065**
Number, Street, City, State & ZIP Code

Contact phone   **(847) 564-0808**      Email address   **pnbach@bachoffices.com**

**06284659 IL**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Chicago South Loop Hotel Owner, LLC**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| AT&T<br>Attn: Bankruptcy<br>PO Box 769<br>Arlington, TX 76004 | | | | | | $2,669.33 |
| ComEd<br>Customer Correspondence Group<br>PO Box 87522<br>Chicago, IL 60680 | | | | | | $87,357.52 |
| ComEd<br>Customer Correspondence Group<br>PO Box 87522<br>Chicago, IL 60680 | | | | | | $178.72 |
| Peoples Gas<br>C/O Bankruptcy Department<br>130 E. Randolph Dr<br>Chicago, IL 60602 | | | | | | $1,268.58 |
| SBC Waste Solutions, Inc.<br>PO Box 7410422<br>Chicago, IL 60674-0422 | | | | | | $4,805.44 |

# WRITTEN CONSENT OF CHICAGO SOUTH LOOP HOTEL OWNER LLC'S SOLE MEMBER

# DATED FEBRUARY 27, 2023

The undersigned, being the majority member (the "Member") of Chicago South Loop Hotel LLC, an Illinois Corporation, who is the sole owner of Chicago South Loop Hotel Owner LLC, a Delaware limited liability company (the "Company"), a member-managed entity, acting under §18-302(d) of the Delaware Limited Liability Company Act (the "Act"), consents to and approves the following resolutions and every action effected thereby:

WHEREAS the Company has determined that it is desirable and in its best interests and the best interests of its creditors, employees, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

NOW, THEREFORE, BE IT

RESOLVED that the Member on behalf of the Company authorizes, empowers, and directs Todd Hansen, as the Manager of Chicago South Loop Hotel, LLC the sole member of the debtor ("Authorized Officer"), to execute and verify the petition under chapter 11 of the Bankruptcy Code in the name and on behalf of the Company and cause the same to be filed in the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court") at such time as the Authorized Officer determines; and it is further

RESOLVED that the Company is directed to employ Paul M. Bach and/or Penelope N. Bach of Bach Law Offices, Inc. as its attorneys under a general retainer in any such chapter 11 case to file such a bankruptcy case, subject to the approval of the Bankruptcy Court; and it is further

RESOLVED that the Member on behalf of the Company authorizes, empowers, and directs the Authorized Officer to execute and file all schedules, motions, lists, applications, pleadings, and other papers and, in connection with the same, to employ and retain the assistance of legal counsel, accountants, financial advisors, and other professionals and take and perform all further acts and deeds that the Authorized Officer deems necessary, proper, or desirable in connection with the Company's chapter 11 case, with a view to the successful prosecution of the case; and it is further

RESOLVED that the Authorized Officer and such other of the Company's officers as the Authorized Officers designates from time to time, and any employees or agents (including counsel) designated by or directed by any such officers be, and each is, authorized, empowered, and directed in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of any such officer shall be or become necessary, proper, and desirable to effectuate the successful prosecution of the chapter 11 case; and it is

further

RESOLVED that the Member on behalf of the Company ratifies, confirms, and approves all past actions taken by the Authorized Officer in the Company's name and on behalf in furtherance of all of the preceding resolutions.

IN WITNESS WHEREOF, the undersigned has executed and delivered this Written Consent as of the date first above written.

_____
Todd Hansen, Manager of The Chicago
South Loop Hotel, LLC
( sole member of debtor)

```
AT&T
Attn: Bankruptcy
PO Box 769
Arlington, TX 76004


ComEd
Customer Correspondence Group
PO Box 87522
Chicago, IL 60680


Louis Dodd
c/o Meltzer Purtill & Stelle LLC
300 S. Wacker Dr, Suite 2300
Chicago, IL 60606


Louis P. Dodd
6306 N. Cicero
Chicago, IL 60646


Peoples Gas
C/O Bankruptcy Department
130 E. Randolph Dr
Chicago, IL 60602


SBC Waste Solutions, Inc.
PO Box 7410422
Chicago, IL 60674-0422


Theodore . Schmidt
111 W. Washington St, Suite 1300
Chicago, IL 60602


U.S. Bank National Association
c/o Bryan Cave Leighton Paisner LLP
161 N. Clark St., Suite 4300
Chicago, IL 60601


Vickie White
c/o Law Offices of J. Mark Lukanich
7270 W. College Drm Suite 101
Palos Heights, IL 60463
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Chicago South Loop Hotel Owner, LLC**                       Case No.
                                  Debtor(s)                          Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Chicago South Loop Hotel Owner, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **February 27, 2023** | **/s/ Penelope N. Bach** |
| Date | **Penelope N. Bach 06284659** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Chicago South Loop Hotel Owner, LLC** |
| | **Bach Law Offices, Inc.** |
| | **P.O. Box 1285** |
| | **Northbrook, IL 60065** |
| | **(847) 564-0808 Fax:(847) 564-0985** |
| | **pnbach@bachoffices.com** |