**Fill in this information to identify the case:**

Debtor name: **Chicago South Loop Hotel Owner, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): **23-02595**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 22, 2023**       X **/s/ Todd Hansen**
                                        Signature of individual signing on behalf of debtor

                                        **Todd Hansen**
                                        Printed name

                                        **Manager**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **Chicago South Loop Hotel Owner, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): **23-02595**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Pan American Bank — Money in the account belongs to Debtor, however account is in the name of Chicago South Loop Hotel, LLC | Checking | 6901 | $45,217.00 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | Interest reserve held by Rialto Capital Advisors, LLC | $1,416,239.43 |

5. **Total of Part 1.** $1,461,456.43
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

Debtor  **Chicago South Loop Hotel Owner, LLC**   Case number *(If known)* **23-02595**
        Name

| | | |
|---|---|---:|
| 8.1. | Real Estate Tax Escrow with Rialto Rialto Capital Advisors, LLC | $419,959.41 |

9.  **Total of Part 2.**    $419,959.41
    Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

### Part 4: Investments

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No. Go to Part 6.
    ☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Misc. office furniture | Unknown | | $22,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Misc. office equipment | Unknown | | $23,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

Debtor  **Chicago South Loop Hotel Owner, LLC**  Case number *(If known)* 23-02595
Name

| 43. | **Total of Part 7.** | $45,000.00 |
|---|---|---|
| | Add lines 39 through 42. Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☒ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

### Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ☒ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Laundry Machines, Mechanicals and Restaurant | $0.00 | Replacement | $225,000.00 |

| 51. | **Total of Part 8.** | $225,000.00 |
|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☒ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

### Part 9:  Real property

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|

Debtor  **Chicago South Loop Hotel Owner, LLC**                             Case number *(If known)*  **23-02595**
      Name

apartment or office building, if available.

| | | | | |
|---|---|---|---|---|
| 55.1. | **2600 S. State Street, Chicago Illinois (also identified as 11 W 26th Street Chicago, Ilinois) PIN: 17-28-409-006-0000** | Fee Simple | $0.00  Appraisal | $19,000,000.00 |
| 55.2. | **2623 S. Dearborn St, Chicago, Illinois (Parking Lot) PIN: 17-28-410-002-0000 Parking lot value included in Hotel valuation** | Fee Simple | $0.00  Appraisal | $0.00 |
| 55.3. | **2639 S. Dearborn Street, Chicago, IL (Parking Lot) PIN: 17-28-410-004-0000 Parking lot value included in Hotel valuation** | Fee Simple | $0.00  Appraisal | $0.00 |
| 55.4. | **2631 S. Dearborn Stret, Chicago, IL (Parking Lot) PIN: 17-28-410-003-0000 Parking lot value included in Hotel valuation** | Fee Simple | $0.00  Appraisal | $0.00 |
| 55.5. | **2621 S. Dearborn Street, Chicago, ILlinois (Parking Lot) PIN: 17-28-410-014-0000 Parking lot value included in Hotel valuation** | Fee SImple | $0.00  Appraisal | $0.00 |

56. **Total of Part 9.**                                                                                               **$19,000,000.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Debtor | **Chicago South Loop Hotel Owner, LLC** | Case number *(If known)* **23-02595** |
|---|---|---|
| | Name | |

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** <br> Liquor license - full tavern | $0.00 | N/A | $50,000.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.** $50,000.00

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** <br> Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) <br> **Currently under evaluation. Upon information and belief, there are unused net operating losses for tax years 2020-2022**         Tax year | **Unknown** |
| 73. **Interests in insurance policies or annuities** | |

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 5

Debtor **Chicago South Loop Hotel Owner, LLC**    Case number *(If known)* **23-02595**
   Name

| | | |
|---|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | **Potential lawsuit related to corporate theft against Premier Hospitality and Piers Fountis** | $3,000,000.00 |
| | Nature of claim    **Potential Lawsuit** | |
| | Amount requested    **$3,000,000.00** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| | **Potential cause of action against Rialto Capital Advisors, LLC for business interuption, As demands of forced cash management program was cuse of default** | $950,000.00 |
| | Nature of claim    **under investigation** | |
| | Amount requested    **$950,000.00** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Hotel furnishings for 232 room hotel: Beds, TV's, dressers, desks, sofas, chairs, bathroom soaps, linens, pillows** | $600,000.00 |
| 78. | **Total of Part 11.** | $4,550,000.00 |
| | Add lines 71 through 77. Copy the total to line 90. | |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |
| | ■ No | |
| | ☐ Yes | |

Debtor   **Chicago South Loop Hotel Owner, LLC**                              Case number *(If known)* **23-02595**
　　　　　　Name

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,461,456.43 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $419,959.41 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $45,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $225,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........>* | | $19,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $50,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $4,550,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,751,415.84    + 91b. | $19,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $25,751,415.84 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Chicago South Loop Hotel Owner, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 23-02595 |

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                        12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** **Cook County Treasurer**
Creditor's Name

**118 N. Clark**
**Chicago, IL 60602**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4000**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Rialto Capital Advisors, LLC**
**2. Cook County Treasurer**
**3. Schmidt Salzman & Moran, Ltd.**

Describe debtor's property that is subject to a lien
**2600 S. State Street, Chicago Illinois (also identified as 11 W 26th Street Chicago, Ilinois)**
**PIN: 17-28-409-006-0000**

Describe the lien
**Real Estate Taxes**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$81,759.92   $19,000,000.00

**2.2** **Cook County Treasurer**
Creditor's Name

**118 N. Clark**
**Chicago, IL 60602**
Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**2600 S. State Street, Chicago Illinois (also identified as 11 W 26th Street Chicago, Ilinois)**
**PIN: 17-28-409-006-000**

Describe the lien
**Real Estate Taxes**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?

$1,178.53   $17,000,000.00

| Debtor | **Chicago South Loop Hotel Owner, LLC** | Case number (if known) | **23-02595** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3000**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Cook County Treasurer** | **Describe debtor's property that is subject to a lien** | $3,536.46 | $17,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**2600 S. State Street, Chicago Illinois (also identified as 11 W 26th Street Chicago, Ilinois)**
**PIN: 17-28-409-006-000**

**118 N. Clark**
**Chicago, IL 60602**
Creditor's mailing address

**Describe the lien**
**Real Estate Taxes**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4000**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Cook County Treasurer** | **Describe debtor's property that is subject to a lien** | $206,835.87 | $17,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**2600 S. State Street, Chicago Illinois (also identified as 11 W 26th Street Chicago, Ilinois)**
**PIN: 17-28-409-006-000**

**118 N. Clark**
**Chicago, IL 60602**
Creditor's mailing address

**Describe the lien**
**Real Estate Taxes**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6000**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Cook County Treasurer** | **Describe debtor's property that is subject to a lien** | $3,588.16 | $17,000,000.00 |
|---|---|---|---|---|

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 4

| Debtor | **Chicago South Loop Hotel Owner, LLC** | Case number (if known) | **23-02595** |
|---|---|---|---|
| | Name | | |

|   | Creditor's Name | | | |
|---|---|---|---|---|
| | **118 N. Clark**<br>**Chicago, IL 60602**<br>Creditor's mailing address | 2600 S. State Street, Chicago Illinois (also identified as 11 W 26th Street Chicago, Ilinois)<br>**PIN: 17-28-409-006-000**<br><br>**Describe the lien**<br>**Real Estate Taxes**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Creditor's email address, if known | | | |
| | **Date debt was incurred** | | | |
| | **Last 4 digits of account number**<br>**2000** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 2.6 | **Rialto Capital Advisors, LLC**<br>Creditor's Name<br><br>**c/o RA C T Corporation System**<br>**208 S. LaSalle Street, Suite 814**<br>**Chicago, IL 60604**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**2600 S. State Street, Chicago Illinois (also identified as 11 W 26th Street Chicago, Ilinoi2600 S State  street  hotel building**<br>**2623 S Dearborn Parking lot**<br>**2639 S Dearborn Parking lot**<br>**2631 S Dearborn Parking)** | $5,069,611.71 | $19,000,000.00 |
|---|---|---|---|---|
| | | **Describe the lien**<br>**First Mortgage**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred** | | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 2.7 | **Schmidt Salzman & Moran, Ltd.**<br>Creditor's Name<br><br>**111 W. Washington St, Suite 1300**<br>**Chicago, IL 60602**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**2600 S. State Street, Chicago Illinois (also identified as 11 W 26th Street Chicago, Ilinois)**<br>**PIN: 17-28-409-006-0000** | $37,142.33 | $19,000,000.00 |
|---|---|---|---|---|
| | | **Describe the lien**<br>**Mechanic's Lien**<br>**Is the creditor an insider or related party?**<br>■ No | | |

| Debtor | **Chicago South Loop Hotel Owner, LLC** | Case number (if known) | **23-02595** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**7/13/2021**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $5,403,652.98

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **U.S. Bank N.A.**<br>**c/o Bryan Cave Leighton Paisner LLP**<br>**161 N. Clark St., Suite 4300**<br>**Chicago, IL 60601** | Line **2.6** | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Chicago South Loop Hotel Owner, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **23-02595** |

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Illinois Department of Revenue**<br>**PO Box 19035**<br>**Springfield, IL 62794**<br><br>Date or dates debt was incurred<br>**2022**<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | | **$289,569.25** | **$289,569.25** |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**For Notice Only**<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | | **$0.00** | **$0.00** |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Chicago South Loop Hotel Owner, LLC** | Case number (if known) | **23-02595** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Allbridge**<br>**PO Box 638671**<br>**Indianapolis, IN 46283**<br><br>Date(s) debt was incurred  **10/2022**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$22,525.41** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**AT&T**<br>**Attn: Bankruptcy**<br>**PO Box 769**<br>**Arlington, TX 76004**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$2,669.33** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**City of Chicago - Dept, of Water**<br>**121 N. LaSalle, Room 107**<br>**Chicago, IL 60602**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **4023** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$31,799.73** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**ComEd**<br>**Customer Correspondence Group**<br>**PO Box 87522**<br>**Chicago, IL 60680**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **6023** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$85,000.00** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**ComEd**<br>**Customer Correspondence Group**<br>**PO Box 87522**<br>**Chicago, IL 60680**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **5199** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$375.63** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Department of Business Affairs**<br>**City Hall Room 800**<br>**121 N. LaSalle St.**<br>**Chicago, IL 60602**<br><br>Date(s) debt was incurred  **1/1/23**<br>Last 4 digits of account number  **6641** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$103,288.80** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Fox Valley Fire and Safety**<br>**2730 Pinnavle Dr**<br>**Elgin, IL 60124**<br><br>Date(s) debt was incurred  **2/1/23**<br>Last 4 digits of account number  **8437** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$379.20** |

| Debtor | **Chicago South Loop Hotel Owner, LLC** | Case number (if known) | **23-02595** |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Hunt Insurance Agency**<br>**12000 S. Harlem**<br>**Palos Heights, IL 60463**<br>Date(s) debt was incurred **2/27/23**<br>Last 4 digits of account number **4696** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$49,174.81** |

| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Lauzen Accounting**<br>**27W430 Warrenville Rd**<br>**Warrenville, IL 60555**<br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,107.60** |

| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Louis Dodd**<br>**c/o Meltzer Purtill & Stelle LLC**<br>**300 S. Wacker Dr, Suite 2300**<br>**Chicago, IL 60606**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.11 | **Nonpriority creditor's name and mailing address**<br>**McCarthy Burgess & Wolfe**<br>**26000 Cannon Road**<br>**Bedford, OH 44146**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **5842** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,499.35** |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Peoples Gas**<br>**C/O Bankruptcy Department**<br>**130 E. Randolph Dr**<br>**Chicago, IL 60602**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$627.36** |

| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Pinnacle Communications**<br>**19821 Executive Oark Cr**<br>**Germantown, MD 20874**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **4431** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$770.31** |

| 3.14 | **Nonpriority creditor's name and mailing address**<br>**SBC Waste**<br>**PO Box 7410422**<br>**Chicago, IL 60674**<br>Date(s) debt was incurred **2/6/23**<br>Last 4 digits of account number **5380** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,975.96** |

| Debtor | **Chicago South Loop Hotel Owner, LLC** | Case number (if known) | **23-02595** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.15** | **Nonpriority creditor's name and mailing address**<br>**SBC Waste Solutions, Inc.**<br>**PO Box 7410422**<br>**Chicago, IL 60674-0422**<br>Date(s) debt was incurred _<br>Last 4 digits of account number  **5380** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$4,805.44** |
| **3.16** | **Nonpriority creditor's name and mailing address**<br>**Siegel & Callahan**<br>**1 N Franklin**<br>**Chicago, IL 60606**<br>Date(s) debt was incurred  **05/29/2019**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$49,467.00** |
| **3.17** | **Nonpriority creditor's name and mailing address**<br>**Small Business Administration**<br>**801 Tom Marton Dr**<br>**Suite 120**<br>**Birmingham, AL 35211**<br>Date(s) debt was incurred _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$2,000,000.00** |
| **3.18** | **Nonpriority creditor's name and mailing address**<br>**TA Connections**<br>**PO Box 74008563**<br>**Chicago, IL 60674**<br>Date(s) debt was incurred  **11/8/2021**<br>Last 4 digits of account number  **W012** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$2,056.00** |
| **3.19** | **Nonpriority creditor's name and mailing address**<br>**Wyndham Hotels**<br>**c/o RA Corporate Creations Network**<br>**350 S. Northwest Highway, #300**<br>**Park Ridge, IL 60068**<br>Date(s) debt was incurred  **10/2022**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$36,280.78** |

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AT&T**<br>**CFM Processing**<br>**4513 Western Avenue**<br>**Lisle, IL 60512** | Line  **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **City of Chicago - Dept, of Financia**<br>**PO Box 6330**<br>**Chicago, IL 60680** | Line  **3.3**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Chicago South Loop Hotel Owner, LLC** | Case number (if known) | **23-02595** |
|---|---|---|---|
| | Name | | |

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.3 | **Commonweath Edison**<br>**PO Box 6111**<br>**Carol Stream, IL 60197** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Commonweath Edison**<br>**PO Box 6111**<br>**Carol Stream, IL 60197** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Louis P. Dodd**<br>**6306 N. Cicero**<br>**Chicago, IL 60646** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Peoples Gas**<br>**PO Box 6050**<br>**Carol Stream, IL 60197** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **289,569.25** |
| **5b. Total claims from Part 2** | 5b. + | $ | **2,411,802.71** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **2,701,371.96** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Chicago South Loop Hotel Owner, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **23-02595** |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Flag Hotels franchise Wyndham Hotel**<br>**c/o RA Corporate Creations Network**<br>**350 S. Northwest Highway, #300**<br>**Park Ridge, IL 60068** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Premier Hospitality LLC**<br>**8150 W. 111th Street**<br>**Palos Hills, IL 60465** |

**Fill in this information to identify the case:**

Debtor name: **Chicago South Loop Hotel Owner, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): **23-02595**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  |  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Louis P. Dodd** | **6306 N. Cicero**<br>**Chicago, IL 60646** | **Rialto Capital Advisors, LLC** | ■ D  **2.6**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Vickie White** | **c/o Law Offices of J. Mark Lukanich**<br>**7270 W. College Drm Suite 101**<br>**Palos Heights, IL 60463** | **Rialto Capital Advisors, LLC** | ■ D  **2.6**<br>☐ E/F _____<br>☐ G _____ |