# UNITED STATES BANKRUPTCY COURT

Northern  DISTRICT OF  Illinois

Eastern

| | | |
|---|---|---|
| In Re. Chicago South Loop Hotel Owner, LLC | § | Case No.  23-02595 |
| | § | |
| | § | |
| Debtor(s) | § | ☐ Jointly Administered |

## Monthly Operating Report                                                    Chapter 11

Reporting Period Ended: 03/31/2023                    Petition Date: 02/27/2023

Months Pending: 1                    Industry Classification:  **7** | **0** | **1** | **1**

Reporting Method:          Accrual Basis ⊙          Cash Basis ○

Debtor's Full-Time Employees (current):                    18

Debtor's Full-Time Employees (as of date of order for relief):          0


**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☒ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☐ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer


/s/ Todd Hansen                              Todd Hansen
Signature of Responsible Party                Printed Name of Responsible Party

05/15/2023
Date
                                              11 W 26th , Chicago Il
                                              Address


STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Chicago South Loop Hotel Owner, LLC                    Case No. 23-02595

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $0 | |
| b. Total receipts (net of transfers between accounts) | $162,946 | $162,946 |
| c. Total disbursements (net of transfers between accounts) | $21,999 | $21,999 |
| d. Cash balance end of month (a+b-c) | $140,947 | |
| e. Disbursements made by third party for the benefit of the estate | $38,866 | $38,866 |
| f. Total disbursements for quarterly fee calculation (c+e) | $60,865 | $60,865 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory   (Book ○   Market ○   Other ◉   (attach explanation)) | $0 |
| d. Total current assets | $1,602,403 |
| e. Total assets | $20,602,403 |
| f. Postpetition payables (excluding taxes) | $105,850 |
| g. Postpetition payables past due (excluding taxes) | $105,850 |
| h. Postpetition taxes payable | $317,111 |
| i. Postpetition taxes past due | $317,111 |
| j. Total postpetition debt (f+h) | $422,961 |
| k. Prepetition secured debt | $5,069,612 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $5,492,573 |
| o. Ending equity/net worth (e-n) | $15,109,830 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $162,946 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $162,946 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $44,000 | |
| f. Other expenses | $33,187 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $41,514 | |
| i. Taxes (local, state, and federal) | $28,515 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $15,730 | $15,730 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name  Chicago South Loop Hotel Owner, LLC                              Case No.  23-02595

## Part 5:  Professional Fees and Expenses

|   |   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| i | | Bach law office | Lead Counsel | | | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Chicago South Loop Hotel Owner, LLC                               Case No.  23-02595

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name Chicago South Loop Hotel Owner, LLC

Case No. 23-02595

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  Chicago South Loop Hotel Owner, LLC                                    Case No.  23-02595

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                                    6

Debtor's Name  Chicago South Loop Hotel Owner, LLC                    Case No.  23-02595

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name Chicago South Loop Hotel Owner, LLC                                   Case No. 23-02595

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $7,680 | $7,680 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $52,235 | $53,816 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions) — Yes ○  No ●

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) — Yes ○  No ●

c.  Were any payments made to or on behalf of insiders? — Yes ●  No ○

d.  Are you current on postpetition tax return filings? — Yes ●  No ○

e.  Are you current on postpetition estimated tax payments? — Yes ○  No ●

f.  Were all trust fund taxes remitted on a current basis? — Yes ○  No ●

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) — Yes ○  No ●

h.  Were all payments made to or on behalf of professionals approved by the court? — Yes ○  No ○  N/A ●

i.  Do you have:    Worker's compensation insurance? — Yes ●  No ○

   If yes, are your premiums current? — Yes ●  No ○  N/A ○  (if no, see Instructions)

   Casualty/property insurance? — Yes ●  No ○

   If yes, are your premiums current? — Yes ●  No ○  N/A ○  (if no, see Instructions)

   General liability insurance? — Yes ●  No ○

   If yes, are your premiums current? — Yes ●  No ○  N/A ○  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court? — Yes ○  No ●

k.  Has a disclosure statement been filed with the court? — Yes ○  No ●

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? — Yes ●  No ○

Debtor's Name Chicago South Loop Hotel Owner, LLC                    Case No. 23-02595

| **Part 8: Individual Chapter 11 Debtors (Only)** | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).


**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**


/s/ Todd Hansen                                     Todd Hansen   *Todd Hansen*

Signature of Responsible Party                      Printed Name of Responsible Party

Manager                                             05/15/2023

Title                                               Date

Debtor's Name  Chicago South Loop Hotel Owner, LLC                    Case No.  23-02595



PageOnePartOne

PageOnePartTwo



PageTwoPartOne

PageTwoPartTwo

Debtor's Name Chicago South Loop Hotel Owner, LLC                     Case No.  23-02595

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Chicago South Loop Hotel Owner, LLC                    Case No.  23-02595



PageThree



PageFour

Debtor's Affairs

(Checking account  explanation)

Since its inception the debtor has not operated with a bank account nor is there any discovery that it has one, rather it simply ran income and expenses through its parents checking account and at times through that of the management company. Locating an EIN associated with the debtor was difficult task, as no tax returns were ever filed on behalf of the debtor but all passed thru to the parent. Even more difficult was that the parent commingled revenues and expenses from other operations.In order to function and  operate in the ordinary course of business as well as  act in trust for the debtor we established an account in the name of Chicago South Loop Holdings, LLC , with the intent to be to transfer all income and receipts of the debtor once identified and  upon establishing a DIP account and cash collateral order.

Not all deposits in the account were revenues from  property of the debtor, but to the best of our knowledge deposits and transfers totaling $162,946.00 were funds of the debtor and or its parent . Specifically not that of the debtor were deposits totaling 18,441.93. ($2500.00 and $15,941.93)

Various payments were paid on behalf of the debtor by 3rd party parent as it was determined that the bill was that of the debtor and an affiliated hotel. Approximately $32,790.00 paid via parent transfer for insurance premium and approximately and an additional $6076.00 in payroll shortfall on 3/03/2023 .. these amounts will not be seeking repayment as they were best determined to be handled by the parent and its members to lessen the burden.

There was 1 payment in the amount of $1360.00 on 3/23/2023 that was to an insider but related to return of a portion of the initial deposit of $2500.00 as mentioned above , however these funds were not property of the debtor.

Do to the extreme early difficulty in understanding the debtor the above is the best course of action to stabilize and operate the affairs of the debtor.



**CHICAGO SOUTH LOOP HOTEL LLC**
11 W 26TH ST
CHICAGO, IL 60616

# **$32,790.74** will be paid on **03/17/2023**

| | |
|---|---|
| Account: | ⸍696 |
| Confirmation: | **1816** |
| Requested: | 03/17/2023  2:45 PM |
| Payment: | 🏛 Checking ending with 6901 |
| | Chicago South Loop Hotel LLC |
| Agent's Signature: | X |

**04-0287-00 HUNT INSURANCE AGENCY INC**
12000 S HARLEM AVE
PALOS HEIGHTS, IL 60463-1141

From: Rene McFadden rmcfadden@thehuntgroup.com
Subject: RE: Chicago South Loop Hotel – 5/18/2023
renewal summary
Date: Apr 26, 2023 at 9:34:14 AM
To: Todd Hansen toddhansen10@gmail.com

Good morning Todd,
Yes we can remove that location.  Please give me a call to discuss.
Thanks.



**Rene McFadden**
Hunt Insurance Agency, Inc.
708-361-5300 x114
708-361-5316 Fax
rmcfadden@thehuntgroup.com

*Please note that insurance coverage cannot be bound, modified or changed, amended or cancelled by leaving either an electronic message or a voice mail message.*

**From:** Todd Hansen <toddhansen10@gmail.com>
**Sent:** Wednesday, April 26, 2023 8:05 AM
**To:** Rene McFadden <rmcfadden@thehuntgroup.com>
**Subject:** Re: Chicago South Loop Hotel - 5/18/2023 renewal summary

Is there a way we can pull the second location off the policy which is the amber in

Sent from my iPhone


On Apr 25, 2023, at 11:35 AM, Rene McFadden <rmcfadden@thehuntgroup.com> wrote:

 Good morning Todd,
Attached you will find the 2023-2024 Insurance renewal summary for Chicago South Loop
Hotel. A portion of the liability covers the 2nd hotel located at 3901 S. Michigan Ave.
Chicago, IL.  Please take a moment to review this summary.    As in prior discussions, there is
no property coverage for that location.    The renewal declarations will be mailed out today
along with a copy of this summary as well.  The invoice for this renewal will be mailed directly
form Auto-owners Insurance and the 1st installment is due by May 18th, 2023.   Please feel

**POLICY**   **ANNUAL PREMIUM**

Package Policy       $177,636

Umbrella          $25,533

**TOTAL  $203,169**

**NOTES:**

- The Package Policy includes all of the coverage described in this summary except those for which a separate premium is shown above.
- Additional Insured:  City of Chicago-Department of Transportation – Driveway Permits applies to Location #2
- Approximate Premium breakdown per location as follows:

  **Location #1**:  Package:    $134,433
                 Umbrella:   $ 17,873

  **Location #2**:  Liability Only:  $43,203
                 Umbrella:      $7,660

  **\*\*\* No property coverage in place for Location #2\*\*\***

- Liquor Liability Insurance is in force for Location #1. This policy expires on June 16, 2023.  Does not automatically renew.  Total annual premium paid - $425



free to contact our office to process this payment.  There has been a late-pay histsory within the 1st term  and we were asked by the insurance carrier to remind our insureds to be prompt with paymets to avoid cancellation or lapse in coverage.
If you have any questions, don't hesitate to let us know.
Thank you.
Regards,



**Rene McFadden**
Hunt Insurance Agency, Inc.
708-361-5300 x114
708-361-5316 Fax
rmcfadden@thehuntgroup.com

*Please note that insurance coverage cannot be bound, modified or changed, amended or cancelled by leaving either an electronic message or a voice mail message.*



# CENTRUST BANK

385 Waukegan Rd.
Northbrook, IL 60062

*Statement Ending 03/31/2023*

Page 1 of 4

RETURN SERVICE REQUESTED

CHICAGO SOUTH LOOP HOTEL HOLDINGS LLC
11 W 26TH ST
CHICAGO IL 60616-5092

## Managing Your Accounts

| | Personal Banker | 224-927-1207 or 224-927-1208 |
| --- | --- | --- |
| | Website | www.centrustbank.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
| --- | --- | --- |
| REGULAR BUSINESS CHECKING | | $143,428.35 |

## REGULAR BUSINESS CHECKING   728

### Account Summary

| Date | Description | Amount |
| --- | --- | --- |
| 03/06/2023 | Beginning Balance | $0.00 |
| | 25 Credit(s) This Period | $181,787.94 |
| | 11 Debit(s) This Period | $38,359.59 |
| 03/31/2023 | Ending Balance | $143,428.35 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
| --- | --- | --- | --- | --- |
| 03/06/2023 | Beginning Balance | | | $0.00 |
| 03/06/2023 | DEPOSIT | | $2,500.00 | $2,500.00 |
| 03/10/2023 | MERCHANT BANKCD DEPOSIT 496228668885 | | $15,941.93 | $18,441.93 |
| 03/13/2023 | MERCHANT BANKCD DEPOSIT 496228668885 | | $126.49 | $18,568.42 |
| 03/13/2023 | MERCHANT BANKCD DEPOSIT 496228668885 | | $1,517.33 | $20,085.75 |
| 03/13/2023 | MERCHANT BANKCD DEPOSIT 496228668885 | | $4,279.32 | $24,365.07 |
| 03/14/2023 | MERCHANT BANKCD DEPOSIT 496228668885 | | $8,999.76 | $33,364.83 |
| 03/14/2023 | CHECK # 91 | $600.00 | | $32,764.83 |
| 03/15/2023 | MERCHANT BANKCD DEPOSIT 496228668885 | | $6,880.74 | $39,645.57 |
| 03/16/2023 | MERCHANT BANKCD DEPOSIT 496228668885 | | $1,442.94 | $41,088.51 |
| 03/16/2023 | CHECK # 92 | $15,000.00 | | $26,088.51 |
| 03/17/2023 | MERCHANT BANKCD DEPOSIT 496228668885 | | $1,882.51 | $27,971.02 |
| 03/17/2023 | MISCELLANEOUS DEBIT | $16,367.59 | | $11,603.43 |
| 03/20/2023 | MERCHANT BANKCD DEPOSIT 496228668885 | | $1,066.92 | $12,670.35 |
| 03/20/2023 | MERCHANT BANKCD DEPOSIT 496228668885 | | $9,751.29 | $22,421.64 |
| 03/20/2023 | MERCHANT BANKCD DEPOSIT 496228668885 | | $29,006.52 | $51,428.16 |
| 03/20/2023 | MERCHANT BANKCD CHARGEBACK 496228668885 | $400.00 | | $51,028.16 |
| 03/21/2023 | DEPOSIT | | $544.00 | $51,572.16 |
| 03/21/2023 | DEPOSIT | | $2,151.81 | $53,723.97 |
| 03/21/2023 | MERCHANT BANKCD DEPOSIT 496228668885 | | $12,010.31 | $65,734.28 |



Member FDIC
EQUAL HOUSING LENDER

Statement Ending 03/31/2023 ......................................................... Page 2 of 4

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT



**WITHDRAWALS OUTSTANDING NOT CHARGED TO ACCOUNT**

| No. | $ | | |
|-----|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL** | $ | | |

**BEFORE YOU START –**
PLEASE BE SURE YOU HAVE ENTERED IN YOUR REGISTER ALL AUTOMATIC TRANSACTIONS SHOWN N THE FRONT OF YOUR STATEMENT

YOU SHOULD HAVE ADDED, IF ANY OCCURRED:
1. Loan advances
2. Credit memos
3. Other automatic deposits

YOU SHOULD HAVE SUBTRACTED IF ANY OCCURRED
1. Automatic loan payments
2. Automatic savings transfers
3. Service charges
5. Other automatic deductions and payments

BALANCE SHOWN ON THIS STATEMENT $ ____

**ADD**

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY) $ ____

TOTAL $ ____

**SUBTRACT**

WITHDRAWALS OUTSTANDING $ ____

BALANCE $ ____

SHOULD AGREE WITH YOUR REGISTER BALANCE AFTER DEDUCTING SERVICE CHARGES (IF ANY) SHOWN ON THIS STATEMENT

Please examine immediately and report if incorrect. If no reply is received within 60 days the account will be considered correct

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone or write us at the telephone number or address located on the front of this statement as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appears.

(1) Tell us your name and account number (if any)
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days (5 business days if involving a Visa® transaction or 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days if involving a Visa® transaction or 20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and do not receive it within 10 business days, we may not credit your account. An account is considered a new account for 30 days after the first deposit is made, if you are a new customer. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### YOUR DEMAND DEPOSIT LOAN ACCOUNT SUMMARY OF RIGHTS IS OUTLINED BELOW

This is a summary of your rights. A full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you upon request or in response to a billing error notice. Your Demand Deposit Loan Account is operated in conjunction with your Demand Deposit Account. Any charges for your checking account will be made to the Demand Deposit Account and they will be the same charges as are made for Demand Deposit Accounts not operated in conjunction with Demand Deposit Loan Accounts. The following information thus applies only to loans made to you under your Demand Deposit Loan Account line of credit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR DEMAND DEPOSIT LOAN

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address included on the front of the bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1) Your name and account number
(2) The dollar amount of the suspected error
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about

You do not have to pay any money in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question

We figure a portion of the FINANCE CHARGE on your Demand Deposit Loan Account by applying the daily periodic rate(s) to the "Daily Balance" of your account for the billing cycle. To get the "Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits and unpaid FINANCE CHARGES. This gives us the daily balance. The minimum periodic payment required is shown on the front of this bill. You may pay off your Demand Deposit Loan Account balance at any time, or make voluntary additional payments. Payments shall be applied first to any unpaid FINANCE CHARGES, and second to the principal loan balance outstanding on your Demand Deposit Loan Account. Periodic statements may be sent to you at the end of each billing cycle showing your Demand Deposit Loan Account loan transactions.

Send payments and inquiries to address shown on front of bill.

NOTE: Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account

# REGULAR BUSINESS CHECKING·   728 (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/21/2023 | CHECK HANDLING CHARGE | $900.00 | | $64,834.28 |
| 03/21/2023 | CHECK # 93 | $870.40 | | $63,963.88 |
| 03/21/2023 | CHECK # 94 | $1,285.20 | | $62,678.68 |
| 03/22/2023 | MERCHANT BANKCD DEPOSIT 496228668885 | | $4,708.86 | $67,387.54 |
| 03/22/2023 | XX6901 CHK PURCH SIG CH599 - GOVERNME CHICAGO IL 00000000 061877 | $18.00 | | $67,369.54 |
| 03/23/2023 | MERCHANT BANKCD DEPOSIT 496228668885 | | $4,570.70 | $71,940.24 |
| 03/23/2023 | MISCELLANEOUS DEBIT | $1,360.00 | | $70,580.24 |
| 03/23/2023 | CHECK # 96 | $975.00 | | $69,605.24 |
| 03/24/2023 | MERCHANT BANKCD DEPOSIT 496228668885 | | $16,999.06 | $86,604.30 |
| 03/27/2023 | MERCHANT BANKCD DEPOSIT 496228668885 | | $454.39 | $87,058.69 |
| 03/27/2023 | MERCHANT BANKCD DEPOSIT 496228668885 | | $20,183.43 | $107,242.12 |
| 03/27/2023 | MERCHANT BANKCD DEPOSIT 496228668885 | | $20,743.68 | $127,985.80 |
| 03/28/2023 | MERCHANT BANKCD DEPOSIT 496228668885 | | $6,227.38 | $134,213.18 |
| 03/29/2023 | MERCHANT BANKCD DEPOSIT 496228668885 | | $3,047.84 | $137,261.02 |
| 03/30/2023 | MERCHANT BANKCD DEPOSIT 496228668885 | | $5,547.49 | $142,808.51 |
| 03/31/2023 | MERCHANT BANKCD DEPOSIT 496228668885 | | $1,203.24 | $144,011.75 |
| 03/31/2023 | XX6901 CHK PURCH SIG COMCAST CHICAGO 800-266-2278 IL 00000000 021113 | $583.40 | | $143,428.35 |
| 03/31/2023 | Ending Balance | | | $143,428.35 |

## Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 91 | 03/14/2023 | $600.00 | 93 | 03/21/2023 | $870.40 | 96* | 03/23/2023 | $975.00 |
| 92 | 03/16/2023 | $15,000.00 | 94 | 03/21/2023 | $1,285.20 | | | |

* Indicates skipped check number

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/06/2023 | $2,500.00 | 03/17/2023 | $11,603.43 | 03/27/2023 | $127,985.80 |
| 03/10/2023 | $18,441.93 | 03/20/2023 | $51,028.16 | 03/28/2023 | $134,213.18 |
| 03/13/2023 | $24,365.07 | 03/21/2023 | $62,678.68 | 03/29/2023 | $137,261.02 |
| 03/14/2023 | $32,764.83 | 03/22/2023 | $67,369.54 | 03/30/2023 | $142,808.51 |
| 03/15/2023 | $39,645.57 | 03/23/2023 | $69,605.24 | 03/31/2023 | $143,428.35 |
| 03/16/2023 | $26,088.51 | 03/24/2023 | $86,604.30 | | |

## Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

#0091        03/14/2023                                    $600.00



#0092        03/16/2023                                 $15,000.00



#0093        03/21/2023                                    $870.40



#0094        03/21/2023                                  $1,285.20



#0096        03/23/2023                                    $975.00